United States District Court
Southern District of Texas

**ENTERED**

May 05, 2016

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JOHNNIE EDWARD TRASK, an individual, | ) | |
| | ) | Case No.: 4:15-cv-00329 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| HR VENTURE PROPERTIES I LLC, a Delaware Limited Liability Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** came before the Court on Plaintiff's and Defendant's HR Venture Properties I LLC, Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii). The Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that Defendant HR Venture Properties I LLC is hereby dismissed with prejudice from this action; **ORDERED AND ADJUDGED** that, except as otherwise agreed, the respective parties shall bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers this 4th day of May, 2016.

[signature]

UNITED STATES DISTRICT JUDGE